UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>IDALBERTO ZALDIVAR-GALVES,<br><br>Defendants. | No. 1:24-cv-01029 JLT GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO OPT OUT OF THE COURT'S POST-SCREENING EARLY ADR PROGRAM<br><br>(ECF No. 22)<br><br>DEFENDANTS' OPT OUT MOTION, OR THEIR REQUEST TO CALENDAR A SETTLEMENT CONFERENCE, DUE IN FOURTEEN DAYS |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter has been stayed and referred to the Court's Post-Screening Early ADR Program. See ECF No. 19.

Defendant has filed a request for an extension of time to file a motion to opt out of the Court's Post-Screening Early ADR Program. ECF No. 22. The filing is due today.

In support of the motion, counsel for Defendant states that she has a large caseload which is backlogged, in part, because of time that she took off during the holidays. ECF No. 22-1 at 2-3

1

(Decl. of DAG K-D Matsumura). Counsel also states that she has made best efforts to meet the current deadline. See id. at 2. Finally, counsel avers that she has not attempted to contact Plaintiff because as an incarcerated individual he is not easily available by telephone. Id. Good cause appearing, Defendants' extension request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time to determine whether they wish to opt out of the Post-Screening Early ADR Program (ECF No. 22) is GRANTED, and

2. Within fourteen days from the date of this order, Defendants shall inform the Court whether they wish to opt out of the ADR Program or if they would like to calendar a settlement conference.

IT IS SO ORDERED.

Dated:   **February 10, 2025**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE