UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>IDALBERTO ZALIDVAR-GALVES,<br><br>Defendant. | No.  1:24-cv-01029 JLT GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF ALTERNATIVE DISPUTE RESOLUTION PROGRAM<br><br>(ECF Nos. 24, 25)<br><br>DEFENDANT'S RESPONSIVE PLEADING DUE IN TWENTY-ONE DAYS |

   Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that Defendant Zaldivar-Galves was deliberately indifferent to his serious medical need.  ECF No. 1 at 7-12.

   On February 24, 2025. Defendant filed a motion to opt out of the Post-Screening ADR Project.  ECF Nos. 24, 25.  Having reviewed it, the Court finds good cause to grant it.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Defendants' motion to opt out (ECF No. 24) is GRANTED and the STAY of this action (see ECF No. 19) is LIFTED, and

   2. Within twenty-one days from the date of this order, Defendant shall file a responsive pleading.

IT IS SO ORDERED.

1

Dated:  **February 25, 2025**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE