1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEITH JEROME WRIGHT,                    No. 1:24-cv-01029 JLT GSA (PC)

12            Plaintiff,                     ORDER GRANTING PLAINTIFF'S MOTION
                                            FOR EXTENSION OF TIME TO SERVE
13        v.                                DISCOVERY

14   IDALBERTO ZALDIVAR-GALVES,              (ECF No. 29)

15            Defendant.

16

17        On June 18, 2025, Plaintiff filed a motion for extension for a fourteen-day extension of

18   time to serve discovery on Defendant. ECF No. 29. In support of the motion, Plaintiff states, that

19   on May 8, 2025, he timely placed his discovery requests for Defendant in the mail. However, on

20   June 6, 2025, they were returned to him labeled "Return to Sender." Id. at 1-2.

21        Plaintiff states that the mail was returned because the law library clerk provided him with

22   an incorrect mailing address. ECF No. 29 at 1. He further states that the prison law library at the

23   California Substance Abuse and Treatment Facility is only open two days a week, and that he

24   needs access to the library so that he can make copies and obtain envelopes and paper. Id.

25        Good cause appearing, IT IS HEREBY ORDERED that:

26        1.  Plaintiff's motion for an extension of time (ECF No. 29) is GRANTED, and

27        2.  Within fourteen days from the date of this order, Plaintiff shall SERVE his discovery

28   on Defendant.

1

**All other directives in the discovery and scheduling order are to remain in full force and effect.**

IT IS SO ORDERED.

Dated:   **June 24, 2025**                    **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE